AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOSIE NIELSEN, a single woman,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) ) | Civil Action No. 2:22-CV-0177-TOR |
| CALIFORNIA CAPITAL INSURANCE COMPANY, a foreign corporation, and EAGLE WEST INSURANCE COMPANY, a foreign corporation, | ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒  other:        Jury verdict in favor of Plaintiff; against Defendants.

This action was *(check one)*:
☑  tried by a jury with Judge        Thomas O. Rice        presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

❑  decided by Judge _____ on a motion for

Date:   10/6/2023

CLERK OF COURT

SEAN F. McAVOY

s/Michelle M. Fox
*(By) Deputy Clerk*

Michelle M. Fox