FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSIE NIELSEN, a single woman,<br><br>                    Plaintiff,<br><br>   v.<br><br>CALIFORNIA CAPITAL INSURANCE COMPANY, a foreign corporation, and EAGLE WEST INSURANCE COMPANY, a foreign corporation,<br><br>                    Defendants. | NO: 2:22-CV-0177-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 182. The parties agree that all claims asserted herein by and between all parties have been fully resolved and the case shall be dismissed with prejudice and without fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims asserted herein by and between all parties have been fully resolved and the case shall be **DISMISSED with prejudice** and without fees or costs to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 27, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2